UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

RALPH S. D'AGOSTINO, JR. AND
MARY M. D'AGOSTINO

Case No.: 18-19518-VFP

Chapter: 7

Judge: Vincent F. Papalia

## NOTICE OF PROPOSED ABANDONMENT

_David Wolff_, _Trustee_ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> United States Bankruptcy Court
> 50 Walnut Street
> 3rd Floor
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on August 7, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 747 Washington Street, Easton, Pennsylvania
>
> Value: $80,000.00

> Liens on property:
>
> Mr. Cooper  $82,000.00

> Amount of equity claimed as exempt:
>
> $0.00

Objections must be served on, and requests for additional information directed to:

Name: David Wolff, Trustee

Address: 396 Route 34, Matawan, New Jersey 07747

Telephone No.: (732) 566-1189

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Ralph S. D'Agostino, Jr.  
Mary M. D'Agostino  
    Debtors

Case No. 18-19518-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 25, 2018  
               Form ID: pdf905     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2018.
```
db/jdb         +Ralph S. D'Agostino, Jr.,    Mary M. D'Agostino,    146 Lakeside Drive,    Rockaway, NJ 07866-2431
517522810      +AMEX,   PO Box 297871,    Fort Lauderdale, FL 33329-7871
517522812     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bank of America,    PO Box 982238,    El Paso, TX 79998)
517522811      Bank of America,    PO Box 15028,    Wilmington, DE 19850-5028
517522815      Chase Bank USA, N.A.,    ATTN: Cardmember Service,    PO Box 15548,    Wilmington, DE 19886-5548
517522816      Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
517522819     +Mr. Cooper,   8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
517522820      PNC Bank,    PO Box 1820,    Dayton, OH 45401-1820
517522821     +PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
517522822    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Financial Services,    PO Box 8026,
                 Cedar Rapids, IA 52409-8026)
517522823     +U.S. Bank National Association,    ATTN: KML Law Group, PC,
                Suite 5000 - BNY Mellon Independence Ctr,    701 Market Street,    Philadelphia, PA 19106-1538
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 25 2018 23:36:52      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 25 2018 23:36:49      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517522814     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 25 2018 23:38:03     Capital One,
                PO Box 30281,    Salt Lake City, UT 84130-0281
517522813      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 25 2018 23:38:43     Capital One,
                PO Box 30273,    Salt Lake City, UT 84130-0273
517522817      E-mail/Text: mrdiscen@discover.com Jun 25 2018 23:35:59      Discover Bank,    PO Box 15316,
                Wilmington, DE 19850-5316
517522818      E-mail/Text: cio.bncmail@irs.gov Jun 25 2018 23:36:16      Internal Revenue Service,
                PO Box 21126,    Philadelphia, PA 19114
                                                                                              TOTAL: 6
```

         \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2018 at the address(es) listed below:
```
              Andrew T. Shaw    on behalf of Joint Debtor Mary M. D'Agostino andrewtukeshaw@hotmail.com
              Andrew T. Shaw    on behalf of Debtor Ralph S. D'Agostino, Jr. andrewtukeshaw@hotmail.com
              David   Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, ET AL
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee, ET AL
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```