| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| ROBERTSON, ANSCHUTZ & SCHNEID, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Attorneys For Secured Creditor<br><br>Kevin M. Buttery, Esq. (KB-3800) | Order Filed on August 10, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 18-19518-VFP<br><br>Chapter :7<br><br>Judge: Vincent F. Papalia |
| **In Re:**<br>    Ralph S. D'Agostino, Jr.<br>    dba Blue Diamond Investments, LLC<br>    and<br>    Mary M. D'Agostino | |

### ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: August 10, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2**

Debtors:
Case No.:
Caption of Order: **Order Directing Redaction of Personal Information**
_____

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by , and regarding the following documents:

1. Reaffirmation Agreement

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.