| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | Order Filed on August 10, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey |
| ROBERTSON, ANSCHUTZ & SCHNEID, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Attorneys For Secured Creditor<br><br>Kevin M. Buttery, Esq. (KB-3800) | Case No.: 18-19518-VFP<br><br>Chapter :7<br><br>Judge: Vincent F. Papalia |
| **In Re:**<br>    **Ralph S. D'Agostino, Jr.**<br>    **dba Blue Diamond Investments, LLC**<br>    **and**<br>    **Mary M. D'Agostino** | |

## ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: August 10, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2**

Debtors:
Case No.:
Caption of Order: **Order Directing Redaction of Personal Information**
_____

      The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by , and regarding the following documents:

    1.   Reaffirmation Agreement

      ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

      ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

      ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

United States Bankruptcy Court
District of New Jersey

In re:
Ralph S. D'Agostino, Jr.
Mary M. D'Agostino
    Debtors

Case No. 18-19518-VFP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 10, 2018
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2018.
db/jdb        +Ralph S. D'Agostino, Jr.,   Mary M. D'Agostino,   146 Lakeside Drive,   Rockaway, NJ 07866-2431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2018 at the address(es) listed below:
           Andrew T. Shaw    on behalf of Joint Debtor Mary M. D'Agostino andrewtukeshaw@hotmail.com
           Andrew T. Shaw    on behalf of Debtor Ralph S. D'Agostino, Jr. andrewtukeshaw@hotmail.com
           David Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
           Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, ET AL
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Kevin M. Buttery    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkyefile@rasflaw.com
           Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee, ET AL
           rsolarz@kmllawgroup.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                  TOTAL: 7