Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  18−19518−VFP
                Chapter:  7
                Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ralph S. D'Agostino Jr.                      Mary M. D'Agostino
  dba Blue Diamond Investments, LLC       146 Lakeside Drive
  146 Lakeside Drive                          Rockaway, NJ 07866
  Rockaway, NJ 07866

Social Security No.:
  xxx−xx−1676                                xxx−xx−5866

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that David Wolff is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>August 21, 2018</u>                <u>Vincent F. Papalia</u>
                                            Judge, United States Bankruptcy Court